IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 09 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-01315-BNB

RANDY KAY McARTHUR,

Applicant,

v.

RON WILEY, Warden, Federal Prison Camp, Florence,

Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "Motion to Certify the Class and for the Appointment of Counsel" filed on June 5, 2009, is DENIED as premature.

Dated: June 9, 2009

Copies of this Minute Order mailed on June 9, 2009, to the following:

Randy Kay McArthur
Reg No. 11568-081
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

Secretary/Deputy Clerk